UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                       :

CLAY LEE JONES,                             :

                    Plaintiff,             :

              -v-                     :            25 Civ. 8996 (JPC)

                                         :

BANDIT RUNNING, INC.,                :            <u>ORDER</u>

                                       :

                    Defendant.           :

                                       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 7, 2025, Plaintiff Clay Lee Jones served Defendant Bandit Running, Inc. with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore November 28, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until two weeks from the date that Plaintiff files on the docket proof that it has served Defendant with this Order.

Plaintiff should serve this Order on Defendant by personally delivering it to, and leaving it with a person of suitable age and discretion at, the two addresses associated with Bandit Running, Inc. on the New York Secretary of State's website—122 South 2nd Street, Basement, Brooklyn, NY 11249 and 190 West Street, Suite 17A, Brooklyn, NY 11222—as well as any other addresses associated with Bandit Running, Inc. that may be known to Plaintiff. Plaintiff should file proof of such service no later than December 23, 2025. If Defendant then fails to respond to the Complaint within two weeks of the filing of proof of service, Plaintiff may seek a Certificate of Default against Defendant.

SO ORDERED.

Dated: December 4, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge