UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                          :

CLAY LEE JONES,                         :

                Plaintiff,        :

           -v-                  :           25 Civ. 8996 (JPC)

BANDIT RUNNING, INC.,            :            ORDER

                Defendant.     :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 10, 2026, the Court ordered counsel for all parties to submit a joint letter and proposed case management plan by February 12, 2026. That deadline has now passed and the docket does not reflect either submission. No later than February 16, 2026, the parties must file the required letter and case management plan or be prepared to show cause why sanctions should not issue.

        SO ORDERED.

Dated: February 13, 2026
      New York, New York

                                          JOHN P. CRONAN
                               United States District Judge