UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                          :

CLAY LEE JONES,                         :

             Plaintiff,          :

        -v-                     :         25 Civ. 8996 (JPC)

                          :

BANDIT RUNNING, INC.,          :          <u>ORDER</u>

                          :

            Defendant.      :

                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Counsel for both parties are ordered to appear before the undersigned for a conference on April 2, 2026, at 10:00 a.m., to discuss Defendant's premotion letter.  *See* Dkt. 16.  At the scheduled time, the parties should call (855) 244-8681, access code 2302 755 2307.

      SO ORDERED.

Dated: March 19, 2026
      New York, New York                                 
                                             JOHN P. CRONAN
                                   United States District Judge